IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No.  04-20216 Ml |
| KELLI POLLARD, | ) | |
| Defendant. | ) | |

ORDER

Before the Court is Defendant's request that the Court order her to be placed in a drug and alcohol rehabilitation program at the Federal Medical Center, Satellite Camp, where she is currently being housed.

A review of the Presentence Report in this matter, which contains information supplied to the Probation Office by the Defendant, reveals that there were no indications at the time of the report that the Defendant had any substance abuse problems. Defendant's request is, therefore, DENIED.

SO ORDERED this 26 DAY OF August, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9-27-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:04-CR-20216 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Anthony Helm
LAW OFFICES OF ANTHONY HELM
5705 Stage Road
Ste. 110
Bartlett, TN 38134

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT